**No. 60223.**—Artiflor Mfg. Co. *v.* United States, protests 246450–K and 246449–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the items involved are pine or cedar cones, painted or chemically treated natural plants, similar in all material respects to those the subject of Abstract 59051, the claim of the plaintiff was sustained.